# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**AMBER JACKSON,**
  *on behalf of herself and all others similarly situated,*

        Plaintiff,

    **v.**                  Case No. 22-CV-1218-SCD

**FIS MANAGEMENT SERVICES, LLC,**

        Defendant.

### ORDER GRANTING JOINT MOTION FOR PRELIMINARY SETTLEMENT APPROVAL

On January 19, 2024, the parties filed a Joint Motion for Preliminary Approval of Settlement with this court. The court **GRANTS** the parties' joint motion, ECF No. 30, **PRELIMINARY APPROVES** the parties' Settlement Agreement, ECF No. 30-1, as a fair, reasonable, and adequate resolution of a *bona fide* dispute under the FLSA and the WWPCL, and **ORDERS** the following:

1. Preliminarily approves the Settlement Agreement as a fair, reasonable, and adequate resolution of a *bona fide* wage dispute;

2. Certifies, for settlement purposes only, this case as a collective action under 29 U.S.C. § 216(b) and a class action under Fed. R. Civ. P. 23;

3. Appoints Amber Jackson as Class Representative;

4. Appoints Walcheske & Luzi as Class Counsel;

5. Approves the Notice Packet and Consent to Join Form in the form set forth in Exhibit 3 and Exhibit 4 of the Settlement Agreement for distribution to all putative Settlement Class Members;

6. Finds that the Notice Packet to be given constitutes the best notice practicable under the circumstances, including individual notices to all putative Settlement Class members who can be identified with reasonable effort, and constitutes valid, due, and sufficient notice to putative Settlement Class Members, in full compliance with the requirements of applicable law, including the Due Process Clause of the United States Constitution;

7. Directs that each putative Settlement Class Member who wishes to be excluded from the WWPCL Class must exclude him or herself no later than thirty (30) calendar days after the mailing of the Notice Packet ("Notice Period"), per the instructions set forth in the Notice Packet and that such exclusion must be received by the dates set forth in the Court's Preliminary Approval Order;

8. Directs that any Settlement Class Member who wishes to participate in the FLSA Collective must submit a Consent to Join Form during the Notice Period.

9. Directs that any Settlement Class Member who timely submits a Consent to Join Form during the Notice Period and who becomes part of the FLSA Collective will be bound by this Agreement and shall release all FLSA claims in the event the Court issues a Final Order approving the Settlement;

10. Directs that any Settlement Class Member who remains part of the WWPCL Class by not excluding himself or herself during the Notice Period per the instructions set forth in the Notice Packet will be bound by this Agreement and shall release all WWPCL claims in the event the Court issues a Final Order approving the Settlement;

11. Directs the Clerk to schedule a Fairness Hearing approximately ninety (90) days after entry of this Order to determine whether the Settlement Agreement should be finally approved as fair, reasonable, and adequate, and whether the proposed Final Order Approving the Settlement should be entered;

12. Directs that Class Counsel shall file any remaining Motions – including a Motion for Attorneys' Fees and Costs, a Motion for Plaintiff's Service Payment, and a Motion for Final Settlement Approval – at least twenty-one (21) calendar days prior to the Fairness Hearing and that the Court shall determine at the Fairness Hearing the amount of attorneys' fees, costs and administration-related fees and costs that shall be awarded to Class Counsel; and

13. Directs that any member of the putative Settlement Class who wishes to object to the Motion for Attorneys' Fees and Costs, Motion for Plaintiff's Service Payment, and/or Motion for Final Settlement Approval – file the same at least fourteen (14) calendar days prior to the Fairness Hearing in accordance with the instructions set forth in the Notice Packet.

**SO ORDERED** this 23rd day of January, 2024.

_____
STEPHEN C. DRIES
United States Magistrate Judge