UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

---

AMBER JACKSON
on behalf of herself and all
others similarly situated,

       Plaintiff,                                    Case No.: 22-cv-1218

     v.

FIS MANAGEMENT SERVICES, LLC

       Defendant

---

## NOTICE OF FILING CONSENT TO JOIN FORMS

     Please find attached as Exhibit 1 to this Notice the executed Consent to Join Forms of Ross Berndt, Gregory Brown, Michelle Browne-Perry, Brittany Brumfield, Dominique Burrell, Phazoria Clark, Arnette Colson, Kolita Cook, Renina Glover, Sehlina Godil, Shanice Goynes, Sheila Gude, Marquita Hale, Monet Hollinshed, Niki Holstrom, Jimira Jones Word, LaQueta Jones, Margaret Langenecker, Laura Martin, Brittni Patterson, Michael Patzer, Carmika Quinn, Sharon Sanders, Jia Sellers, Ayanna Swaims, Devin Thompson, Elois Welch, Laporchea Wright, Kuante Falls and Tatiana Baker which are incorporated to the Complaint (ECF No. 1) in the above-captioned matter.

     Dated this 29th day of March 2024.

                                                               WALCHESKE & LUZI, LLC
                                                               Counsel for Plaintiff

                                                               ***s/ David M. Potteiger***
                                                               James A. Walcheske, State Bar No. 1065635
                                                               Scott S. Luzi, State Bar No. 1067405
                                                               David M. Potteiger, State Bar No. 1067009

WALCHESKE & LUZI, LLC
235 N. Executive Dr., Suite
Brookfield, Wisconsin 53005
Telephone: (262) 780-1953
Fax: (262) 565-6469
E-mail: jwalcheske@walcheskeluzi.com
E-mail: sluzi@walcheskeluzi.com
E-mail: dpotteiger@walcheskeluzi.com