## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

| | | |
|---|---|---|
| AMBER JACKSON, | | |
| | Plaintiff, | Case No. 22-cv-1218 |
| v. | | |
| | | **MINUTE SHEET** |
| FIS MANAGEMENT SERVICES, LLC, | | |
| | Defendant. | |

**Hon. Stephen C. Dries, presiding.**  **Deputy Clerk:** Katina Hubacz

**Type of Proceeding:** FAIRNESS HEARING

**Date:** April 23, 2024 at 10:00 AM  **Court Reporter:** Zoom Audio

**Time Commenced:** 10:00 AM  **Time Concluded:** 10:03 AM

**Appearances:**  **Plaintiff:** David Potteiger
 **Defendant:** Tony H. McGrath

**Comments:**

Plaintiff:
- No objections have been received

Court:
- Determines settlement is fair
- Approves settlement, service award and attorney's fees
- Will execute proposed order today