# United States District Court
## Eastern District of Wisconsin

**AMBER JACKSON,**

    Plaintiff(s),

v.

**FIS MANAGEMENT SERVICES, LLC,**

    Defendant(s).

**JUDGMENT IN A CIVIL CASE**

Case No. 22-CV-1218

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried, and the jury has rendered its verdict.

☒ **Decision by Court.** This action came before the Court for consideration.

**IT IS HEREBY ORDERED AND ADJUDGED** that the Joint Motion for Final Settlement Approval, ECF No. 34, is **GRANTED.**

**IT IS FURTHER ORDERED** that the Unopposed Motion for Approval of Service Award, ECF No. 35, is **GRANTED.**

**IT IS FURTHER ORDERED** that the Unopposed Motion for Attorney Fees, ECF No. 36, is **GRANTED.**

**IT IS FURTHER ORDERED** that this case is **DISMISSED.**

Approved: *[signature]*
STEPHEN C. DRIES
United States Magistrate Judge

Dated: April 23, 2024

GINA M. COLLETTI
Clerk of Court

*s/ K. Hubacz*
(By) Deputy Clerk